# IN THE SUPREME COURT OF THE STATE OF NEVADA

NEVADA ORGANIC REMEDIES, LLC,
Appellant/Cross-Respondent,
vs.
ETW MANAGEMENT GROUP LLC;
GLOBAL HARMONY LLC; HERBAL
CHOICE INC.; JUST QUALITY, LLC;
LIBRA WELLNESS CENTER, LLC;
ROMBOUGH REAL ESTATE INC.,
D/B/A MOTHER HERB; ZION
GARDENS LLC; THC NEVADA LLC;
AND MMOF VEGAS RETAIL, INC,
Respondents/Cross-Appellants
and
THE STATE OF NEVADA
DEPARTMENT OF TAXATION;
NEVCANN LLC; GREEN LEAF FARMS
HOLDINGS LLC; GREENMART OF
NEVADA NLV LLC; RED EARTH LLC;
AND GREEN THERAPEUTICS LLC,
Respondents.

No. 79669

FILED

JAN 08 2021

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEALS

This is an appeal and cross-appeal from a district court order granting a preliminary injunction. Appellant Nevada Organic Remedies, LLC, (NOR) has filed a motion to voluntarily dismiss its appeal, asserting that it has been rendered moot by the entry of a permanent injunction. Respondent State of Nevada Department of Taxation has filed a motion to dismiss the cross-appeal as moot, also based on the entry of the permanent injunction. The unopposed motions are granted. This appeal and cross-appeal are dismissed. NRAP 42(b).

It is so ORDERED.

_____, C.J.

21-00676

cc: Hon. Elizabeth Goff Gonzalez, District Judge
McLetchie Law
Koch & Scow, LLC
Attorney General/Carson City
Brownstein Hyatt Farber Schreck, LLP/Las Vegas
Jennings & Fulton, Ltd.
Attorney General/Las Vegas
Green Therapeutics LLC
Amy L. Sugden
Chattah Law Group
Eighth District Court Clerk